IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

A.M.Z. a minor, N.A.Z., a minor, and
E.K.Z., a minor, by their guardian
BETH ANN PATTERSON,

        Plaintiffs,

v.

REMINGTON ARMS COMPANY, LLC,
and SPORTING GOODS PROPERTIES, INC.,

        Defendants.

ORDER

16-cv-778-wmc

---

The court having been advised that the defendant, Remington Arms Company, LLC, has filed a bankruptcy petition on March 25, 2018,

ORDER

IT IS ORDERED that the above entitled action is DISMISSED as to defendant Remington Arms Company, LLC, only, without prejudice subject to its reopening and tolling of any applicable statutes of limitations if all issues have not been fully addressed upon the completion of bankruptcy proceedings.

IT IS FURTHER ORDERED that any order to reopen the claims against defendant Remington shall be put at the head of the docket for immediate judicial attention.

Entered this 2nd day of April, 2018.

        BY THE COURT:

        /s/

        _____
        William M. Conley
        District Judge